UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLLIE FRANKLIN JR.<br><br>*Plaintiff*,<br><br>v.<br><br>AMANI SALONS, LLC,<br><br>*Defendant*. | 16-cv-414 |

**PLAINTIFF'S RULE 41(A)(1) NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ollie Franklin Jr., through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his Complaint against the Defendant without prejudice. Because the opposing parties have neither served an Answer nor a motion for summary judgment, dismissal without prejudice is proper under Rule 41(a)(1)(A).

Dated: July 27, 2016

/s/ John Steele_____
John L. Steele (#6292158)
ACCESSIBILITY LAW GROUP
500 Michigan Avenue, Suite 600
Chicago, Illinois 60611
312-396-4154
jsteele@accessibilitylawgroup.com

*Attorney for Plaintiff*